UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA SHAEV,<br><br>        Plaintiff,<br> -against-<br><br>NETSCOUT SYSTEMS INC.,<br>et al.,<br><br>        Defendants. | 24-cv-5859 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  On August 15, 2024, the Court adopted plaintiff's proposed briefing schedule (Dkt. 24). As discussed at today's hearing, that briefing schedule should be as follows: defendants' opposition is due by August 28, 2024, and plaintiff's reply is due by September 4, 2024.

  SO ORDERED.

Dated: August 20, 2024
    New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge