UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTORIA SHAEV,

                Plaintiff,

-against-

NETSCOUT SYSTEMS, INC. et al,

                Defendants.

24-cv-5859 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      The Court is in receipt of counsels' briefing on plaintiff's order to show cause with emergency relief. Counsel are directed to appear for a remote conference before the Court TODAY, SEPTEMBER 5, 2024 at 1 PM ET. To join the conference, counsel may dial 646-453-4442 and enter conference ID: 673 067 003 followed by the pound (#) sign.

      SO ORDERED.

Dated: September 5, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge