UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA SHAEV,<br><br>        Plaintiff,<br><br>  -against-<br><br>NETSCOUT SYSTEMS, et al.,<br><br>        Defendants. | 24-cv-5859 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff's motion for a preliminary injunction (Dkt. 20) is DENIED. The Court will issue a more detailed order specifying the reasons for the Court's decision on or before September 11, 2024.

  SO ORDERED.

Dated: September 10, 2024
   New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge