UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA SHAEV,<br><br>                              Plaintiff,<br><br>-against-<br><br>NETSCOUT SYSTEMS, INC. ET AL.,<br><br>                              Defendants. | 24-cv-5859 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      By MONDAY, SEPTEMBER 23, 2024, the parties should inform the Court whether there remain any other issues to be adjudicated in this case and, if so, the parties' proposed next steps. If the case can be closed, the parties should so inform the Court.

      SO ORDERED.

Dated: September 18, 2024
       New York, New York

                                                            ARUN SUBRAMANIAN
                                                             United States District Judge