UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA A. SHAEV,<br><br>              Plaintiff,<br><br>     v.<br><br>NETSCOUT SYSTEMS, INC., ROBERT E. DONAHUE, JOHN R. EGAN, ALFRED GRASSO, JOSEPH G. HADZIMA, JR., SHANNON NASH, MARLENE PELAGE, CHRISTOPHER PERRETTA, VIVIAN VITALE, ANIL K. SINGHAL, and MICHAEL SZABADOS,<br><br>              Defendants. | C.A. No. 1:24-cv-05859-AS-GWG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Victoria A. Shaev voluntarily dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
         September 19, 2024

**BARRACK, RODOS & BACINE**

By: *Arnold Gershon*
    A. Arnold Gershon
    Michael A. Toomey
    11 Times Square
    640 Eighth Avenue, 10th Floor
    New York, NY 10036
    Telephone: (212) 688-0782
    Facsimile: (212) 688-0783

*Attorneys for Plaintiff Victoria Shaev*