

Eleven Times Square
640 8th Avenue, 10th Floor
New York, NY 10036

212.688.0782

September 23, 2024

<u>VIA ECF</u>

The Honorable Arun Subramanian
United Stated District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>Shaev v. Netscout Systems, Inc., et al.</u>, 24-cv-05859 (AS) (GWG)

Dear Judge Subramanian:

    As counsel for plaintiff, Victoria Shaev, I am writing to inform the Court that there are no other issues remaining in this case to be adjudicated and that this case can be closed.

    Thank you, Your honor, for your attention to this matter.

    Respectfully,

    Alexander Arnold Gerson

AAG/mmb